UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

GENRAL MOTORS LLC IGNITION SWITCH
LITIGATION

This Documents Relates To:
Hancock v. General Motors LLC, 18-CV-1019
------------------------------------------------------------X

14-MD-2543 (JMF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 14, 2021, "[S]tatutes of repose have been called 'strong medicine' because they preclude 'even meritorious suits because of delay for which the plaintiff is not responsible.'" *Jones*, 2012 WL 1142889, at *1 (quoting *McCann v. Hy-Vee, Inc.*, 663 F.3d 926, 930 (7th Cir. 2011)). The Court intimates no view on whether Plaintiffs' claims against New GM are otherwise "meritorious." But for the reasons explained above, the "strong medicine" prescribed by Ohio law plainly does "preclude" them from going forward. Accordingly, New GM's motion for summary judgment is GRANTED, and Plaintiffs' claims are dismissed. Judgment is entered for General Motors LLC in 18-CV-1019; accordingly, case No. 18-CV-1019 is closed

**Dated:**  New York, New York
         April 14, 2021

                                              **RUBY J. KRAJICK**
                                              Clerk of Court
                             **BY:** _____
                                                  Deputy Clerk